**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-4659**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT S. HOSTETLER,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, District Judge.  (CR-97-203-A)

---

Submitted:  November 20, 1997        Decided:  December 9, 1997

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert S. Hostetler, Appellant Pro Se.  Gary Edward Jackson, SECURITIES & EXCHANGE COMMISSION, Washington, D.C.; Rosanne Cannon Haney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order affirming the magistrate judge's order finding him guilty of speeding. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court and the magistrate judge. <u>United States v, Hostetler</u>, No. CR-97-203-A (E.D. Va., May 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>